FILED

UNITED STATES COURT OF APPEALS

JAN 11 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUANITA STOCKWELL; et al., | No. 11-80271 |
| Plaintiffs - Petitioners, | D.C. No. 4:08-cv-05180-PJH<br>Northern District of California, |
| v. | Oakland |
| CITY AND COUNTY OF SAN FRANCISCO, | ORDER |
| Defendant - Respondent. | |

Before: CANBY and SILVERMAN, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's October 11, 2011 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

KB/MOATT